[Civ. No. 3521. First Appellate District, Division Two.—July 14, 1920.]

## L. C. FRASER, Petitioner, v. L. W. CUMMINGS, as City Clerk, etc., Respondent.

[1] ELECTIONS—RECALL—SUFFICIENCY OF PETITION.—Petition denied and alternative writ discharged on the authority of *Fraser* v. *Cummings, ante,* p. 504.

PROCEEDING in Mandamus to compel a city clerk to certify a recall petition. Petition denied and alternative writ discharged.

This case presents the same issues as those involved in *Fraser* v. *Cummings, ante,* p. 504.

De Lancey C. Smith for Petitioner.

H. L. Hagan, City Attorney, and T. J. Ledwich, Deputy City Attorney, for Respondent.

THE COURT.—[1] The above-entitled cause presents the same issues as those involved in *Fraser* v. *Cummings, ante,* p. 504, [192 Pac. 100], and for the reasons therein given the petition is denied and the alternative writ discharged.